EPSTEIN
BECKER
GREEN

Attorneys at Law

Shira M. Blank
t 212.351.4694
f 212.878.8600
sblank@ebglaw.com

Request GRANTED. Parties' joint letter shall be filed by December 16, 2026, and Defendants' time to answer, move, or otherwise respond to the Complaint shall be extended until December 30, 2026.

Dated: November 13, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

November 12, 2026

**VIA ECF**
Hon. Jennifer K. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Lopez v. Amouage Americas LLC***
**Case No.: 1:26-cv-08496 (JLR)**

Dear Judge Rochon:

This Firm represents defendant Amouage Americas LLC in the above-captioned matter. Pursuant to Your Honor's Individual Rule of Practice (1)(F), we write to respectfully request that: (i) the Parties' time to submit the Joint Letter referenced in the Court's October 1, 2026 Order (ECF No. 6), which is currently due November 16, 2026, be extended up to and including December 16, 2026 (by 30 days); and (ii) Defendant's time to answer, move, or respond to the Complaint, which is currently due December 1, 2026, be concurrently extended up to and including December 30, 2026 (by 30 days) (ECF No. 7). Defendant's counsel has contacted Plaintiff's counsel regarding the extensions and Plaintiff's counsel has represented that he has no objections to the foregoing.

The Parties have engaged in settlement negotiations which have been productive. The requested extensions of time will give them time to complete those discussions and memorialize any agreement in writing without requiring the Parties to proceed with litigation or Defendant to expend time and resources on responding to the Complaint when such a response may be unnecessary.

This is the Defendant's first request for an extension of time to submit the Joint Letter and first request for an extension of time to respond to the Complaint. These requested extensions will not impact any other scheduled dates.

We thank the Court for its consideration of these requests.

Respectfully submitted,

*/s/ Shira M. Blank*
Shira M. Blank

cc: Counsel of Record (via ECF)